UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ECOFACTOR, INC.,<br><br>        Plaintiff<br><br>v.<br><br>DAIKIN INDUSTRIES, LTD., et al.<br><br>        Defendants. | Case No. 1:19-cv-12324-FDS |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff EcoFactor, Inc. and Defendants Daikin Industries, Ltd., Daikin America, Inc., and Daikin North America LLC, by and through their attorneys, that the above-captioned action be dismissed with prejudice pursuant to Rules 41(a)(2) and 41(c) of the Federal Rule of Civil Procedure, with each party to bear its own costs, expenses, and attorneys' fees.

Dated: May 4, 2020

Respectfully submitted,

/s/ James E. Kruzer
David S. Godkin (BBO#196530)
James E. Kruzer (BBO#670827)
BIRNBAUM & GODKIN, LLP
470 Atlantic Avenue, 4th Floor
Boston, MA 02210
Telephone: (617) 307-6100
Facsimile: (617) 307-6101
godkin@birnbaumgodkin.com
kruzer@birnbaumgodkin.com

OF COUNSEL:
    Reza Mirzaie
    Marc A. Fenster
    Paul A. Kroeger

        C. Jay Chung
        Jacob R. Buczko
        RUSS AUGUST & KABAT
        12424 Wilshire Boulevard 12th Floor
        Los Angeles, California 90025
        Tel: 310-826-7474
        Fax: 310-826-6991
        rmirzaie@raklaw.com
        mfenster@raklaw.com
        prkoeger@raklaw.com
        jchung@raklaw.com
        jbuczko@raklaw.com

***Attorneys for Plaintiff EcoFactor, Inc.***


*/s/ Nathanial J. McPherson*
Maximilian A. Grant (pro hac vice to be filed)
Bert C. Reiser (pro hac vice to be filed)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Michael A. David (pro hac vice to be filed)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

Nathanial J. McPherson (BBO#697666)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001


***Attorneys for Defendants Daikin Industries, Ltd., Daikin America, Inc., and Daikin North America LLC***

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on May 4, 2020 to those identified as nonregistered participants.

                                          */s/ James E. Kruzer*